IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 6:04CR67 |
| | * | (JUDGE STEGER) |
| ANTHONY RAY DAILEY (01) | * | |

ORDER

Came on this date to be considered the Government's Motion to Substitute Exhibits. The Court being of the opinion that the Government's position is well taken, it is, therefore

ORDERED that photocopies and/or photographs of the following exhibits be substituted for the actual exhibits introduced at trial in the above entitled cause:

| Government Exhibit | Description |
|---|---|
| 1 | Map regarding location of robberies and hideouts (Carol Rochelle Robertson-Myles) |
| 4a | Still of Keystone Cam. 12 |
| 4b | Still of Keystone Cam. 12 |
| 4c | Still of Keystone Cam. 2 |
| 4d | Still of Keystone Cam. 8 |
| 7a | Still of Kelly Robbery - 14:08:46 |
| 7b | Still of Kelly Robbery - 14:09:04 |
| 7c | Still of Kelly Robbery - 14:09:06 |
| 7d | Still of Kelly Robbery - 14:09:16 |
| 7e | Still of Kelly Robbery - 14:09:18 |
| 7f | Still of Kelly Robbery - 14:09:30 |
| 7g | Still of Kelly Robbery - 14:09:38 |
| 7h | Still of Kelly Robbery - 14:09:48 |
| 10 | Canvas bag used at Kelly robbery |
| 11 | Purse used at Kelly robbery |
| 16 | Burn pile debris |

SIGNED this \_\_\_\_17\_\_\_\_ day of August, 2005.

WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE